Dylan Blasczak
FULL NAME

COMMITTED NAME (if different)

13F-05; 9500 Etiwanda Ave.; Rancho Cucamonga,
FULL ADDRESS INCLUDING NAME OF INSTITUTION
CA. 91739; West Valley Detention Center
2805370332
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
OCT 14 2025
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Related DDJ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Dylan Blasczak
                                  PLAINTIFF,
v.
Sgt. Patton, Deputy Herrera
                                  DEFENDANT(S).

CASE NUMBER EDCV25-2799-KK(PVC)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes  ☐ No

2. If your answer to "1." is yes, how many? 10

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

1- Dylan Blasczak v. Dr. Mitchell et. al. (2024) - Docket #5:24cv2645
2- Dylan Blasczak v. Ms. Lopez et. al. (2024) - Docket #5:24cv2595
3- Dylan Blasczak v. Dr. Mitchell et. al. (2025) - Docket #5:24cv2219
4- Dylan Blasczak v. A. Sanchez et. al. (2025) - Docket #5:25cv462
5- Dylan Blasczak v. Kathleen Fultz et. al. (2025) - Docket #5:25cv822
6- Dylan Blasczak v. Pete Castillo et. al. (2025) - Docket #5:25cv687
7- Dylan Blasczak v. Deputy Simpson (2025) - Docket #5:25cv2213
8- Dylan Blasczak v. Cierra Patricia Lues et. al. (2025) - Currently awaiting a Docket #
9- Dylan Blasczak v. Deputy Whitney (2025) - Currently awaiting a Docket #
10- Dylan Blasczak v. Jason Anderson et. al. (2025) - Currently awaiting a Docket #

a. Parties to this previous lawsuit:
Plaintiff Dylan Blasczak

Defendants Dr. Mitchell et.al.; Ms. Lopez et.al.; Dr. Mitchell et.al.; A. Sanchez et.al.; Kathleen Fultz et.al.; Pete Castillo et.al.; Deputy Simpson; Cierra Patricia Lues et.al.; Deputy Whitney; Jason Anderson et.al.

b. Court United States District Court; Central District of California

c. Docket or case number 5:24cv2646; 5:24cv2595; 5:24cv2219; 5:25cv462; 5:25cv822; 5:25cv687; 5:25cv2213

d. Name of judge to whom case was assigned Shashi H. Kewalramani

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) 3 Pending; 5:25cv2213 Active; Other Cases Illegally Dismissed via Mail Tampering

f. Issues raised: Scientology Religious Rights\Non-GMO Medical-Dietary Requirements; LGBT+ Discrimination; Religious\Medical Needs for Cannabis; IIED; Wrongful Incarceration; Identity Theft; Deliberate Indifference Towards ADA Claim; Intentional Poisoning; Theft of Genetic Information

g. Approximate date of filing lawsuit: 10-7-24; 11-25-24;

h. Approximate date of disposition

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Dylan Blasczak
(print plaintiff's name)
who presently resides at West Valley Detention Center
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
West Valley Detention Center
(institution/city where violation occurred)

on (date or dates) __10-6-2025__, _____, _____.
                (Claim I)           (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Sgt. Patton__ resides or works at
(full name of first defendant)
__9500 Etiwanda Ave.; Rancho Cucamonga, CA 91739__
(full address of first defendant)
__Sgt. in charge of GBTJ__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
Sgt. Patton has shown Gross Incompetence and Deliberate Indifference regarding The Pro-Per Inmate Policy, Case Law Precedents, and Illegal Activity at WVDC.

2. Defendant __Deputy Herrera__ resides or works at
(full name of first defendant)
__9500 Etiwanda Ave.; Rancho Cucamonga, CA 91739__
(full address of first defendant)
__Sheriff's Deputy__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
Deputy Herrera was Directly Involved in an Unconstitutional Mandatory Rec. Yard in which Direct Violations of the WVDC Pro-Per Inmate Policy occurred.

3. Defendant _____ resides or works at
(full name of first defendant)
_____
(full address of first defendant)
_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

On the afternoon of 10-6-2025, an Unconstitutional Mandatory Rec. Yard was called, in Direct Violation of established Case Law Precedent, Dylan Blasczak v. Ms. Lopez et. al. (2024) - Docket #5:24cv2595. In Direct Violation of the Pro-Per Inmate Policy, Deputy Herrera attempted to prevent me from taking my Legal Folder, containing Highly Sensitive Case Information/Documents, pertaining to my Criminal Case - FVI22001242 - The People of The State of California v. Dylan Blasczak (2022), as well as my Civil Lawsuits - outside, during the ensuing Unconstitutional Search. My Bunk was Illegally looked through, without me present, also, in Direct Violation of the Pro-Per Inmate Policy, and the GBTI Dorm (my current Housing Location), was Illegally and Unlawfully Searched, in Direct Violation of established Case Law Precedent, Dylan Blasczak v. Ms. Lopez et. al. (2024) - Docket #5:24cv2595. Sgt. Patton has showed Gross Incompetence and Deliberate Indifference, regarding these issues.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Deputy Herrera was Directly Involved in the following Highly Illegal Activities. [1] - An Unconstitutional Mandatory Rec. Yard, in Direct Violation of established Case Law Precedent, Dylan Blasczak v. Ms. Lopez et. al. (2025) - Docket #5:24cv2595. [2] - Attempting to prevent me from taking my Legal Folder, containing Highly Sensitive Case Information, out to the Rec. Yard. [3] - Illegal and Unconstitutional Search of my Bunk, where I was not present. [4] - A Highly Illegal Search of my current Housing Location in 13F, in Direct Violation of the aforementioned, established Case Law Precedent. Sgt. Patton has shown Gross Incompetence and Deliberate Indifference, regarding these issues. Documentation of these Highly Illegal Activities can be found in Official WVDC Facility Records. See the Attached Page, Relevant Facility Records, at the end of this Form.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Injunctive Relief, in the form of $10 million USD

Injunctive Relief, in the form of the listed Defendants being fired from their current employment.

Injunctive Relief, in the form of Permanent Restraining Orders against the listed Defendants.

Injunctive Relief, in the form of Strict Enforcement of The Pro-Per Inmate Policy and Cited Case Law Precedent, Dylan Blasczak v. Ms. Lopez et, al. (2024) - Docket #5:24cv2595.

10-6-2025
(Date)

Dylan Blasczak
(Signature of Plaintiff)

1983 Civil Complaint Form

## Relevant Facility Records

10-6-2025

Official WVDC Facility Records, including, but not limited to, Phone, Kiosk, Camera, and Deputy Body Camera Records, can be used as Documentation of Cited, Highly Illegal Activities. Corresponding Camera Records from Grievance IDs are crucial. A Full Investigation of the Highly Illegal Activity at WVDC, is not only encouraged, but is now required.

### Cited Case Law Precedent
- Dylan Blasczak v. Ms. Lopez et. al. (2024) - Docket #5:24cv2595.

### Relevant Grievances\Requests
G342510-0109105 - Unconstitutional Mandatory Rec. Yard
I342510-01621434 - Sgt. Patton's Deliberate Indifference
I342510-01622057 - Sgt. Patton's Gross Incompetence.

Thank you for the diligent work in Investigating the many Civil Cases I've filed, and for your time in reading and responding to this form.

Sincerely, Dylan Blasczak
*Dylan Blasczak*

Relevant Documents Attached
X *Dylan Blasczak*
Dylan Blasczak - Plaintiff in Pro-Per

### Return and Mailing Address
Dylan Blasczak 13F-05
2205370332
9500 Etiwanda Ave.
Rancho Cucamonga, CA. 91739
West Valley Detention Center



K544 g Guzman

Blasczak, D. 8/15/25